# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ANTHONY WOODFORK,<br><br>                      Petitioner,<br><br>   v.<br><br>JAMES TILTON, Secretary, et al.,<br><br>                     Respondents. | Civil No.   07cv0666 L (POR)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. in this Court on April 12, 2007. On March 14, 2008, Petitioner submitted a Notice of Change of Address. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of James Tilton, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "Robert J. Hernandez." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions). The Clerk of the Court shall modify the docket to reflect "James Tilton, Secretary" in place of the former respondent.

**IT IS SO ORDERED.**

DATED: March 20, 2008

                                                     LOUISA S PORTER
                                                     United States Magistrate Judge