UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ANTHONY WOODFORK,<br><br>    Petitioner,<br><br>v.<br><br>JAMES TILTON, Secretary, *et al.,*<br><br>    Respondents. | Civil No. 07cv666-L(POR)<br><br>**ORDER EXTENDING TIME FOR FILING OBJECTIONS TO THE REPORT AND RECOMMENDATION** |

    Petitioner, Jeffrey Anthony Woodfork, filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 on April 12, 2007. The matter was referred to United States Magistrate Judge Louisa S. Porter, for a Report and Recommendation ("Report") under 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3. The magistrate judge issued a Report recommending the petition be denied and requiring objections, if any, to the Report to be filed no later than March 14, 2008. [doc. #17].

    The Report and an Order on petitioner's Motion for Miscellaneous Relief were returned as undeliverable. [doc. #18, 19]. On March 14, 2008, petitioner filed a notice of change of address. As a result of petitioner's change of address, the Report and the Order on petitioner's motion have been resent to petitioner at his new address and the Court will extend the time in which petitioner is required to file objections to the Report.

    Based on the foregoing, **IT IS ORDERED** that petitioner shall have until April 25, 2008

in which to file objections, if any, to the Report.  Any reply to the objections shall be due not later than 10 days after being served with the objections.  After that time, the Petition for Writ of Habeas Corpus will be deemed to be submitted to the district court.

**IT IS SO ORDERED.**

DATED: March 28, 2008

                                              M. James Lorenz
                                              United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL